UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------

TRUSTEES OF THE PENSION AND                     :
ANNUITY FUNDS OF STAGE EMPLOYEES                         Case No. 05-CV-2495 (ARR)(RML)
LOCAL NO. FOUR, I.A.T.S.E.,                      :

       Plaintiff,

                                                 STIPULATION AND ORDER
        v.                                EXTENDING TIME TO ANSWER
                                           OR OTHERWISE RESPOND

THE SHOP, INC.,

          Defendant                              :

-----------------------------------------------------

IT IS HEREBY stipulated and agreed between Plaintiff and Defendant as follows:

1     Defendant acknowledges service of the summons and complaint in the above captioned matter.

2     Defendant's time to answer or otherwise respond to the complaint is extended to and including August 31, 2005.

Dated: July 28, 2005

                                   The Shop, Inc.
                                   Pro Se Defendant
                                   4-05 26th Avenue
                                   Astoria, NY 11102
                                   Tel (718)278-2645 Fax: (718)218-6758

                                   By:
                                   Lee Irvine, President

                                   SPIVAK, LIPTON, WATANABE,
                                   SPIVAK, MOSS, & ORFAN LLP
                                   Counsel for Plaintiff
                                   1700 Broadway, Suite 1200
                                   New York, NY 10019

D+7

Case 1:05-cv-02493-RRR-RML    Document 4    Filed 07/28/2005    Page 2 of 2    PAGE 03/03

Tel (212) 765-2100 Fax (212) 541-5429

By: _____
Adrienne L. Saldana (AS8327)

SO ORDERED: _____    Dated: 7/28/05 ____, 2005

D+7

Tel (212) 765-2100 Fax (212) 541-5429

By: _____
Adrienne L. Saldana (AS8327)

SO ORDERED: _Robert Levy_    Dated: _7/28/05_    ~~2005~~