UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TRUSTEES OF THE PENSION AND
ANNUITY, FUNDS OF STAGE EMPLOYEES
LOCAL NO. FOUR, I.A.T.S.E.,

                            Plaintiff,

       - against -

SHOP, INC.

                            Defendant.

-----------------------------------------------------------X

REFERRAL TO
MAGISTRATE JUDGE

05 CV 2495 (ARR)

ROSS, U.S.D.J.:

Plaintiffs motion for entry of default judgment against defendant Shop, Inc., is respectfully referred to Judge Levy to conduct a damages inquest and issue a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

     SO ORDERED:

Dated: Brooklyn, New York
       January 25, 2006

                                        Allyne R. Ross
                                        United States District Judge

Mailing List

Adriene Saldana,
Spivak, Lipton, Watanabe, Spivak
& Moss
1700 Broadway, 21st Floor
New York, NY 10019


The Shop, Inc.
Lee Irvine, Principal
4-05 26th Avenue
Astoria, NY 11102

Magistrate Judge Levy