UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TRUSTEES OF THE PENSION AND
ANNUITY FUNDS OF STAGE
EMPLOYEES LOCAL NO. FOUR,
I.A.T.S.E.,

                      Plaintiffs,

- against -

THE SHOP, INC.,

                      Defendant.

-----------------------------------------------------------X

OPINION AND ORDER

05 CV 2495(ARR)(RML)

NOT FOR PUBLICATION

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated August 2, 2006, from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been received. Having conducted a <u>de novo</u> review of the record, see 28 U.S.C. § 636(b)(1), I hereby adopt the Report and Recommendation as the opinion of the Court. The Clerk of the Court is directed to enter a default judgment against the defendants in the amount of $28,002.79 which represents an award of $21,855.43 in damages and $6,147.36 in attorney's fees and costs.

    SO ORDERED:

Dated: Brooklyn, New York
       August 28 , 2006

                                      Allyne R. Ross
                                      United States District Judge

Mailing List

Adreine L. Saldana, Esq.
Spivak Lipton Watanabe Spivak
& Moss
1700 Broadway
21st Floor
New York, NY 10019


The Shop, Inc.
69 South Fifth Street
Brooklyn, NY 11211


Magistrate Judge Levy