UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE PENSION AND　　　　　　　　　　　　JUDGMENT
ANNUITY FUNDS OF STAGE　　　　　　　　　　　　　　　05-CV- 2495 (ARR)
EMPLOYEES LOCAL NO. FOUR,
I.A.T.S.E.,

　　　　　　　　　　　　　　Plaintiffs,

　-against-

THE SHOP, INC.,

　　　　　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

　　　　An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 30, 2006, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated August 2, 2006, after a de novo review of the record; and directing the Clerk of Court to enter judgment against the defendants in the amount of $28,002.79 which represents an award of $21,855.43 in damages and $6,147.36 in attorney's fees and costs; it is

　　　　ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; and that judgment is hereby entered in favor of plaintiff, Trustees of the Pension and Annuity Funds of Stage Employees Local No. Four I.A.T.S.E., and against defendant, The Shop, Inc., in the amount of $28,002.79 which represents an award of $21,855.43 in damages and $6,147.36 in attorney's fees and costs.


Dated: Brooklyn, New York
　　　　August 30, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court